UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

TOMMY EUGENE LOVING                              CASE NUMBER:  09-30705
Debtor                                                          CHAPTER 13
_____

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
_____

COMES NOW, the Trustee, Debra L. Miller, and for her Objection to Debtors' Plan states:

1. Debtor is making his payments via wage order and is current.

2. Debtor is a below median income debtor and his disposable income is determined by 11 U.S.C. §1325(b)(1)(B) using Schedule I and J.

3. Debtor's plan needs to be amended as it provides for the arrears on Build Right's secured claim to be paid as an administrative expense.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.


Dated: October 19, 2009                          Respectfully Submitted,

                                                 /s/ Debra L. Miller, Trustee
                                                 Debra L. Miller, Chapter 13 Trustee
                                                 P.O. Box 11550
                                                 South Bend, IN 46634-0155
                                                 (574) 251-1493

2

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection was served as follows on October 19, 2009

By U.S. Mail postage prepaid:
Debtor: Tommy Eugene Loving, 1909 Skyview Lane, Rochester, IN  46975

By electronic mail via CM/ECF:
Debtor's Attorney: Steven J. Glaser
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee

2